

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

After we granted Appellee's first and second motions for extension of time to file the brief, Appellee's brief was due on October 25, 2017. *See* TEX. R. APP. P. 38.6(b), (d). On the twice-extended due date, Appellee filed a third motion for extension of time to file the brief until November 15, 2017, for a total extension of eighty-two days. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. Appellee's brief is due on November 15, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court